49 So.2d 678

### WESTERN UNION TELEGRAPH CO. v. W. A. TATUM.
#### I Div. 441.

Supreme Court of Alabama.
Dec. 21, 1950.

Lyons, Thomas & Pipes, of Mobile, for petitioner.

Harry Seale, of Mobile, opposed.

SIMPSON, Justice.

Petition of Western Union Telegraph Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Western Union Telegraph Co. v. Tatum, 35 Ala.App. 478, 49 So.2d 673.

Writ denied.

BROWN, FOSTER and LIVINGSTON, JJ. concur.